UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

SOUTHERN DIVISION

| | |
|---|---|
| **CALVIN CLARK JR.,**<br><br>Plaintiff,<br><br>vs.<br><br>**CRYSTAL CROMWELL, *et al.*,**<br><br>Defendants. | **2:23-CV-10652-TGB-KGA**<br><br><br><br>**JUDGMENT** |
| **CALVIN CLARK JR.,**<br><br>Plaintiffs,<br><br>vs.<br><br>**CRYSTAL CROMWELL, *et al.*,**<br><br>Defendants. | **2:23-CV-10769-TGB-KGA**<br><br><br><br>**JUDGMENT** |

For the reasons stated in the opinion and order entered on today's date, it is hereby ordered and adjudged that these two cases are **DISMISSED WITHOUT PREJUDICE**.

Dated at Detroit, Michigan:  May 1, 2023.

KINIKIA ESSIX
CLERK OF THE COURT

s/A. Chubb
Case Manager and Deputy Clerk

APPROVED:
s/Terrence G. Berg
HON. TERRENCE G. BERG
UNITED STATES DISTRICT JUDGE

1